

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:      In re iWorks Personnel, Inc., Louis Trevino, and Haydee
Gutierrez

Appellate case number:      01-15-00634-CV

Trial court case number:      2012-61407

Trial court:      113th District Court of Harris County

     Relators' Request for Emergency Relief is **denied**. *See* TEX. R. APP. P. 52.10.
It is so ORDERED.


Judge's signature: /s/ Michael Massengale

     ☒ Acting individually     ☐ Acting for the Court

Date: July 31, 2015